IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

                                                                                              *

**UNITED STATES OF AMERICA**          *

v.                                            *     Criminal No. PJM-14-0362

**SILVIU ZISCOVICI, M.D.**            *

                                        *    *    *    *    *    *    *    *    *    *    *

## **MOTION TO SUPPRESS EVIDENCE AS RESULT OF ILLEGAL SEARCH**

The Defendant, Silviu Ziscovici, through counsel, James Wyda, Federal Public Defender for the District of Maryland, and Lisa W. Lunt and Michael CitaraManis, Assistant Federal Public Defenders, hereby moves this Honorable Court pursuant to Rule 12(b)(3) of the Federal Rules of Criminal Procedure, to issue a pretrial ruling suppressing any and all evidence obtained from unlawful government conduct regarding searches as follows:

- On or about February 25, 2010, at 5922 Empire Way, Rockville, Md and The Office of Ziscovici, Silviu M.D., 11400 Rockville Pike, Ste 511, Rockville, MD;
- On or about March 2, 2010, from search of 2005 Gray Volkswagon, VIN: 3VWPF71K85M619761k, Maryland Tag 7FHY50; and 2003 Black Ford Mustang GT, VIN 1FAFP42X63F377026, Maryland Tag 8BZG62;
- On or about March 5, 2010, SunTrust safe deposit box with account number 44346760010037;
- On or about March 18, 2010, at safe deposit box with account number 4051200748 in the name of Charles Silviu Ziscovici;
- On or about May 27, 2011, at Safe Deposit Box Number 218, located at the Bank of America branch at 60 Cornwell Drive, Bridgeton, NJ; and
- On or about January 12, 2012, at Storage Unit 4203 at Extra Storage Space, 11850 Parklawn, Rockville, MD,

as well as all derivative evidence therefrom, and in support of the motion alleges as follows:

1. Mr. Ziscovici is currently charged with one count of Conspiracy to Possess with Intent to Distribute and to Distribute and Dispense and to Cause the Distribution and Dispensation of Controlled Dangerous Substances, in violation of Title 21 United States Code section 846; twenty-six counts of Distribution and Dispensation and Causing and Attempting to Cause the Distribution and Dispensation of Controlled Dangerous Substances, in violation of Title 21 United States Code section 841(a)(1); one count of Distribution of Controlled Dangerous Substance with Death Resulting, in violation of 21 United States Code section 841(a)(1), (b)(1)©; one count of Money Laundering, in violation of Title 18 United States Code section 1957, and one count of Aiding and Abetting, in violation of Title 18 United States Code section 2. His arraignment was on August 20, 2014, where he pleaded not guilty to all counts.

    2. On or about the following dates, agents from U.S. Drug Enforcement Agency conducted searches of the following places:

- a. On or about February 25, 2010, at 5922 Empire Way, Rockville, Md and The Office of Ziscovici, Silviu M.D., 11400 Rockville Pike, Ste 511, Rockville, MD;
- b. On or about March 2, 2010, a 2005 Gray Volkswagon, VIN: 3VWPF71K85M619761k, Maryland Tag 7FHY50; and 2003 Black Ford Mustang GT, VIN 1FAFP42X63F377026, Maryland Tag 8BZG62;
- c. On or about March 5, 2010, SunTrust safe deposit box with account number 44346760010037;
- d. On or about March 18, 2010, a safe deposit box with account number 4051200748 in the name of Charles Silviu Ziscovici;
- e. On or about May 27, 2011, a Safe Deposit Box Number 218, located at the Bank of America branch at 60 Cornwell Drive, Bridgeton, NJ; and
- f. On or about January 12, 2012, a Storage Unit 4203 at Extra Storage Space, 11850 Parklawn, Rockville, MD.

These law enforcement actions were in violation of the Fourth Amendment to the United States Constitution. Execution of the search warrants was in violation of the Fourth Amendment to the United States Constitution and Federal Rule of Criminal Procedure 41(d). *See, e.g., Bumper v. North Carolina*, 391 U.S. 543 (1968); *Marron v. United States*, 275 U.S. 192, 313-14 (1927);

*Wilson v. Arkansas*, 514 U.S. 927, 929 (1995); *United States v. Wardrick*, 350 F.3d 446, 449 (4th Cir. 2003).

    3.    As a result of the Constitutional violations triggered by the receipt and execution of the search warrant, any items seized or obtained as a result of these unlawful actions must be suppressed, as must all derivative evidence. *See U.S. Const., Amend. IV.*

    4.    Any items seized or obtained as a result of warrantless searches must be suppressed, along with all derivative evidence. *See U.S. Const. Amend IV.*; *Katz v. United States*, 389 U.S. 347, 357 (1967) ("[S]earches conducted outside the judicial process, without prior approval by judge or magistrate, are per se unreasonable under the Fourth Amendment–subject only to a few specifically established and well-delineated exceptions.").

WHEREFORE, for the above reasons and for any other reasons which may appear to the court, the defendant respectfully moves this Honorable Court to issue a pretrial ruling barring the government from admitting any and all direct or derivative evidence seized as a result of the unlawful actions of the government as cited above.

Respectfully submitted,

JAMES WYDA
Federal Public Defender

//s//

_____
LISA W. LUNT (Bar No. #16539)
Assistant Federal Public Defender

//s//

_____
MICHAEL CITARAMANIS
Assistant Federal Public Defender
Office of the Federal Public Defender

District of Maryland
6411 Ivy Lane, Suite 710
Greenbelt, Maryland 20770
(301) 344-0600 / Fax: (301) 344-0019
Lisa_Lunt@fd.org
Michael_Citaramanis@fd.org

# MEMORANDUM OF POINTS AND AUTHORITIES

1. Fourth Amendment to the United States Constitution.

2. Federal Rule of Criminal Procedure, Rule 41.

3. *Arkansas v. Sanders*, 442 U.S. 753 (1979).

4. *Bumper v. North Carolina*, 391 U.S. 543 (1968).

5. *Draper v. United States*, 358 U.S. 307, 313 (1959).

6. *Illinois v. Gates*, 462 U.S. 213, 238 (1983).

7. *Katz v. United States*, 389 U.S. 347 (1967).

8. *Marron v. United States*, 275 U.S. 192, 313-14 (1927).

9. *Schneckloth v. Bustamonte*, 412 U.S. 218 (1973).

10. *United States v. Basinski*, 226 F.3d 829, 838 (7th Cir. 2000).

11. *United States v. Jarrett*, 229 F. Supp. 2d 503 (E.D. Va. 2002).

12. *United States v. Wardrick*, 350 F.3d 446, 449 (4th Cir. 2003).

13. *Wilson v. Arkansas*, 514 U.S. 927, 929 (1995).

Respectfully submitted,

JAMES WYDA
Federal Public Defender

//s//

_____
LISA W. LUNT (Bar No. #16539)
Assistant Federal Public Defender

//s//

_____
MICHAEL CITARAMANIS
Assistant Federal Public Defender
Office of the Federal Public Defender

District of Maryland
6411 Ivy Lane, Suite 710
Greenbelt, Maryland 20770
(301) 344-0600 /  Fax: (301) 344-0019
Lisa_Lunt@fd.org
Michael_Citaramanis@fd.org

## **REQUEST FOR HEARING**

Pursuant to Rule 105.6 of the Local Rules of the United States District Court for the District of Maryland, a hearing is requested on the Defendant's Motion.

//s//

_____
LISA W. LUNT (Bar No. #16539)
Assistant Federal Public Defender

//s//

_____
MICHAEL CITARAMANIS
Assistant Federal Public Defender