# OFFICE OF THE FEDERAL PUBLIC DEFENDER
# DISTRICT OF MARYLAND
SOUTHERN DIVISION
6411 IVY LANE, SUITE 710
GREENBELT, MARYLAND 20770
TEL: (301) 344-0600
FAX: (301) 344-0019

JAMES WYDA                                                                      LISA W. LUNT
FEDERAL PUBLIC DEFENDER                          ASSISTANT FEDERAL PUBLIC DEFENDER

September 24, 2014

The Honorable Peter J. Messitte
United States District Court
6500 Cherrywood Lane
Greenbelt, Maryland 20770

          Re:    *United States v. Silviu Ziscovici*
                 Case No.: PJM-14-0362

Dear Judge Messitte,

     I write with the consent of the Government to recommend that the Court hold of on setting any motions hearing or trial dates in the above case. I filed a suppression motion recently, which tolled the speedy trial clock. The Court has taken the original hearing and trial dates off the calendar. The Government investigated this case for over four years. It is apparent that the discovery is voluminous, and defense investigation will be extensive.

     We suggest that we provide a written status report to the Court in approximately 90 days, by December 29, 2014. I hope that the Court is amenable to this suggestion as an efficient way to proceed with the case.

                                       Sincerely,

                                       //s//

                                       Lisa W. Lunt
                                       Assistant Federal Public Defender