

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*
*Southern Division*

| | | | |
|---|---|---|---|
| *Arun G. Rao* | *Mailing Address:* | *Office Location:* | *DIRECT: 301-344-4126* |
| *Assistant United States Attorney* | *6500 Cherrywood Lane, Suite 200* | *6406 Ivy Lane, 8th Floor* | *MAIN: 301-344-4433* |
| *Arun.Rao@usdoj.gov* | *Greenbelt, MD 20770-1249* | *Greenbelt, MD 20770-1249* | *FAX: 301-344-4516* |

December 22, 2014

Honorable Peter J. Messitte, Senior District Judge
United States District Court for the District of Maryland
6500 Cherrywood Lane, Suite 475A
Greenbelt, Maryland 20770

      Re:    United States of America v. Silviu Ziscovici, M.D., a/k/a "Dr. Z"
              Criminal No. PJM-14-0362

Dear Judge Messitte:

      The Court has requested counsel to provide a written status report in this matter.

      In accordance with the Speedy Trial Act, 18 U.S.C. § 3161(c), the trial of a defendant charged in an information or indictment must commence within seventy days from the filing date of the information or indictment, or from the date the defendant appeared before a judicial officer, whichever date last occurs.

      On September 8, 2014, the Defendant filed a motion to suppress evidence, thereby tolling the Speedy Trial Act in accordance with 18 U.S.C. § 3161(h)(1)(D). *See* ECF No. 23.

      In this extremely complicated and fact-intensive matter, the Government has provided a large volume of discovery material to the Defendant. Review of this material by the Defendant is ongoing, and the parties have been in frequent communication. Both the Government and the Defendant request additional time to review discovery, conduct plea negotiations, and prepare for motions and trial (if necessary). An extension of time within which trial must commence will provide both the Defendant and the Government the additional time needed to complete these tasks and to prepare for any further proceedings.

Therefore, the parties jointly request that the Court grant an additional continuance, pursuant to 18 U.S.C. § 3161(h)(7). We further respectfully suggest that any date for hearings and trial (should the Court be inclined to set a date certain) occur no earlier than January 2016. The parties also are prepared to provide the Court with an updated written status report at a later date, should the Court so desire. The Defendant, by and through his counsel, Lisa Lunt, Esq. and Michael CitaraManis, Esq., consents to this request.

Very truly yours,

Rod J. Rosenstein
United States Attorney for the District of Maryland

By:____/s/_____
Arun G. Rao
Daniel C. Gardner
Assistant United States Attorneys
United States Attorney's Office
District of Maryland

By:____/s/_____
Lisa Lunt, Esq.
Michael CitaraManis, Esq.
Assistant Federal Public Defenders
Counsel for the Defendant, Silviu Ziscovici, M.D.