

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*
*Southern Division*

| | | | |
|---|---|---|---|
| *Arun G. Rao* | *Mailing Address:* | *Office Location:* | *DIRECT: 301-344-4126* |
| *Assistant United States Attorney* | *6500 Cherrywood Lane, Suite 200* | *6406 Ivy Lane, 8th Floor* | *MAIN: 301-344-4433* |
| *Arun.Rao@usdoj.gov* | *Greenbelt, MD 20770-1249* | *Greenbelt, MD 20770-1249* | *FAX: 301-344-4516* |

May 18, 2015

Honorable Peter J. Messitte, Senior District Judge
United States District Court for the District of Maryland
6500 Cherrywood Lane, Suite 475A
Greenbelt, Maryland 20770

      Re:    <u>United States of America v. Silviu Ziscovici, M.D., a/k/a "Dr. Z"</u>
             Criminal No. PJM-14-0362

Dear Judge Messitte:

      The parties have requested that the Court set a trial schedule in the above-caption case. The parties propose the following schedule: Any additional motions due on September 28, 2015; response motions due on October 26, 2015; any reply to the response due on November 9, 2015; and a hearing on any motions on January 25-26, 2016. Trial is currently scheduled for March 1, 2016.

      The Defendant, by and through his counsel, Anthony Herman, Esq. and Brett Reynolds, Esq., consents to this request.

                                  Very truly yours,

                                  Rod J. Rosenstein
                                United States Attorney for the District of Maryland

                              By:____/s/_____
                                Arun G. Rao
                                Daniel C. Gardner
                                Assistant United States Attorneys
                                United States Attorney's Office
                                District of Maryland

By:____/s/_____
    Anthony Herman, Esq.
    Brett Reynolds, Esq.
    Covington & Burling LLP
    Counsel for the Defendant, Silviu Ziscovici, M.D.