

U.S. Department of Justice

*United States Attorney*
*District of Maryland*
*Southern Division*

---

| | | | |
|---|---|---|---|
| *Arun G. Rao* | *Mailing Address:* | *Office Location:* | *DIRECT: 301-344-4126* |
| *Assistant United States Attorney* | *6500 Cherrywood Lane, Suite 200* | *6406 Ivy Lane, 8th Floor* | *MAIN: 301-344-4433* |
| *Arun.Rao@usdoj.gov* | *Greenbelt, MD 20770-1249* | *Greenbelt, MD 20770-1249* | *FAX: 301-344-4516* |

September 21, 2015

Honorable Peter J. Messitte, Senior District Judge
United States District Court for the District of Maryland
6500 Cherrywood Lane, Suite 475A
Greenbelt, Maryland 20770

      Re:    United States of America v. Silviu Ziscovici, M.D., a/k/a "Dr. Z"
             Criminal No. PJM-14-0362

Dear Judge Messitte:

      The parties have requested that the Court continue the previously set trial schedule in the above-caption case. The parties propose the following schedule: Any additional motions due on April 15, 2016; response motions in opposition due on May 13, 2016; any reply to the response due on May 27, 2016; a hearing on any motions on June 20-21, 2016; and trial to commence on September 13, 2016.

      The Defendant, by and through his counsel, Anthony Herman, Esq., Brett Reynolds, Esq., and Andrew Schau Esq., consents to this request.

                                  Very truly yours,

                                  Rod J. Rosenstein
                                  United States Attorney for the District of Maryland

                                  By:____/s/_____
                                      Arun G. Rao
                                      Daniel C. Gardner
                                      Assistant United States Attorneys
                                      United States Attorney's Office
                                      District of Maryland