**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CRIMINAL NO. PJM-14-362** |
| | : | |
| **SILVIU ZISCOVICI, M.D.,** | : | |
| **a/k/a "Dr. Z,"** | : | |
| | : | |
| **Defendant** | : | |

**...oOo...**

## ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court

as endorsed below, the United States Attorney for the District of Maryland hereby dismisses with

prejudice the Indictment pending against the defendant in the above-captioned case.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

By:    /s/ _____
       Daniel C. Gardner
       Arun G. Rao
       Assistant United States Attorneys

Leave of Court is granted for the filing of the foregoing dismissal.

_____          _____
Date                     The Honorable Peter J. Messitte
                         United States District Judge