**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CRIMINAL NO. PJM-14-362** |
| | : | |
| **SILVIU ZISCOVICI, M.D.,** | : | |
| a/k/a "Dr. Z," | : | |
| | : | |
| **Defendant** | : | |

...oOo...

## AMENDED ORDER FOR DISMISSAL

The United States Attorney for the District of Maryland, by and through Assistant United States Attorneys Daniel C. Gardner and Arun G. Rao, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court as endorsed below, hereby seeks leave of the Court to dismiss with prejudice the Indictment pending against the Defendant in the above-captioned case, and submits the following:

In the course of preparing for trial in the above-captioned case, and mindful of the Government's ongoing obligations under Rule 16 of the Federal Rules of Criminal Procedure, the Government recently discovered several issues of which the Government had not previously been aware. These included the investigative agency's inability to produce certain items of original evidence for review by the parties prior to trial. Upon further evaluation, the Government has concluded that, in light of concerns that now have arisen with respect to the documentation, maintenance, and storage of evidence by the investigative agency, the Defendant's guilt of the crimes charged in the Indictment cannot be established beyond a reasonable doubt.

Therefore, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court as endorsed below, the United States Attorney for the District of Maryland hereby

seeks leave of the Court to dismiss with prejudice the Indictment pending against the Defendant in the above-captioned case.

                              Respectfully submitted,

                              Rod J. Rosenstein
                              United States Attorney

By:   /s/_____
        Daniel C. Gardner
        Arun G. Rao
        Assistant United States Attorneys

Leave of Court is granted for the filing of the foregoing dismissal.

_____                        _____
Date                                      The Honorable Peter J. Messitte
                                      United States District Judge